BEFORE THE THIRD DIVISION, MARCH 20, 1962

**No. 66590.**—Capitol Distributors Corp. (Trans.) et al. v. United States, protests 61/11525, etc. (New York).

Opinion by RICHARDSON, J.   In accordance with oral stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.